# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

MARTIN ALLEN JOHNSON,

Petitioner,

v.

JAMIE MILLER, Superintendent, Snake
River Correctional Institution,

Respondent.

Case No. 6:15-cv-01783-JR

**ORDER ADOPTING FINDINGS AND
RECOMMENDATION**

**IMMERGUT, District Judge.**

On January 5, 2026, Magistrate Judge Russo issued her Findings and Recommendation ("F&R"), ECF 136, recommending that this Court deny Petitioner's amended habeas petition, ECF 22. Petitioner timely filed objections to the F&R, ECF 144, and Respondent filed responses to those objections, ECF 149. This Court has reviewed de novo the portions of the F&R to which Petitioner objected. For the following reasons, this Court adopts in full Judge Russo's F&R

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court ADOPTS Judge Russo's F&R, ECF 136, and DENIES Petitioner's amended habeas petition, ECF 22. This Court DECLINES to issue a Certificate of Appealability because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

DATED this 12th day of August, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge